UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:14-cv-224-T-30EAJ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| BARBARA A. MITCHELL, ) | **DEFAULT FINAL JUDGMENT** |
| ) | |
| Defendant. ) | |

This matter having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, Barbara A. Mitchell, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against Defendant, Barbara A. Mitchell, upon the Complaint herein, and it is further

ORDERED AND ADJUDGED that Plaintiff recover of the defendant, Barbara A. Mitchell, the sum of $26,768.27, consisting of $17,650.05 in unpaid principal, plus $7,838.22 in interest at the rate of 5.75% for Account No. 2010A88280 through February 28, 2014 in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, per annum to the date of this judgment, together with a Fee for Service and Travel, per 28 U.S.C § 1921 of $40.00, plus Attorney's fees of $1,240.00, for all of which sums let execution issue. It is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §2001, et seq., 28 U.S.C. §3001-3307, and Rule 69(a), Federal Rules of Civil Procedure. Plaintiff's address is: Becker & Poliakoff P.A., 121 Alhambra Plaza 10th Floor, Coral Gables, FL 33134. Defendant's address is: Barbara A. Mitchell, 8122 83rd Street, Largo, FL 33777.

DONE AND ORDERED in Chambers, in Tampa, FL, this 10 day of March, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

cc: Steven M. Davis, Esq. (Two Certified Copies)
Barbara A. Mitchell, Pro Se